## MISCELLANEOUS ORDERS

| | | |
|---|---|---|
| In re Report of the Commission on Continuing Legal Education. | : | Case No. CLE–05–22835 |
| Joseph Henry Willis (# 0022835) Respondent. | : : : | ORDER |

It is ordered by this court, sua sponte, that Elliott Ray Kelley, Attorney Registration No. 0009587, last known business address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of April 10, 2003, to wit: Failure to file an affidavit of compliance on or before May 12, 2003.